1  Alden J. Parker, State Bar No. 196808
   Email: aparker@fisherphillips.com
2  Katherine P. Sandberg, State Bar No. 301117
   Email: ksandberg@fisherphillips.com
3  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 1400
4  Sacramento, CA 95814
5  Telephone (916) 210-0400
   Facsimile (916) 210-0401
6

7  Attorneys for Plaintiffs/Cross-Defendants
   SGI RESORT PROPERTIES, LLC and
8  THE SCHOMAC GROUP, INC.

9
   Gregg W. Koechlein, State Bar No. 115942
10 Email:  synergsm@concentric.net
11 LAW OFFICE OF GREGG W. KOECHLEIN
   581 Ridge Street
12 Reno, NV 89501
   Telephone (775) 224-4700
13 Facsimile (775) 622-9548
14

15 Attorneys for Defendants/Cross-Claimants
   BRETT ROSSELLI AND NICOLE BRUSO
16

17              IN THE UNITED STATES DISTRICT COURT

18           FOR THE EASTERN DISTRICT OF CALIFORNIA

19 SGI RESORT PROPERTIES, LLC,          Case No. 2:15-cv-02644-JAM-CMK
   an Arizona limited liability company;
20 and THE SCHOMAC GROUP, INC.,         **STIPULATION AND ORDER**
   an Arizona corporation,              **REGARDING PERMANENT**
21                                       **INJUNCTION**
               Plaintiffs,
22
          v.
23
   BRETT ROSSELLI, an individual;
24 NICOLE BRUSO, an individual;
   AND DOES 1 through 20 inclusive,
25
               Defendants.
26                                       Action Filed: December 21, 2015
27

28 BRETT ROSSELLI, an individual
   and NICOLE BRUSO, an individual,

Cross-Claimants,

v.

SGI RESORT PROPERTIES, LLC,
an Arizona Limited Liability
Company; THE SCHOMAC
GROUP, INC., an Arizona
corporation,

Cross-Defendants.

This stipulation is entered into by and between BRETT ROSSELLI and NICOLE BRUSO ("Defendants" or "Cross-Claimants") and SGI RESORT PROPERTIES, LLC and THE SCHOMAC GROUP, INC. ("Plaintiffs" or "Cross-Defendants"), through their respective counsel of record, as follows:

WHEREAS, Defendants are former employees of Plaintiffs;

WHEREAS, on December 21, 2015, Plaintiffs filed a Complaint in the instant action seeking damages and injunctive relief and asserting causes of action for (1) Defamation/Slander Per Se; (2) Trade Libel; (3) Misappropriation of Trade Secrets; (4) Conversion; (5) Interference with Prospective Economic Advantage; and (6) Violation of the California Unfair Competition Law and the Common Law Unfair Competition.

WHEREAS, on December 31, 2015, Plaintiffs filed an Ex Parte Application for a Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction ("Ex Parte Application");

WHEREAS, on January 6, 2016, Defendants filed a Non-Opposition to Plaintiff's Ex Parte Application;

WHEREAS, on January 12, 2016, the Court granted Plaintiffs' Preliminary Injunction;

WHEREAS, the parties now seek to enter a Permanent Injunction containing substantially the same terms as the Preliminary Injunction.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND

1

AGREE, through their respective counsel of record, that Brett Rosselli and Nicole Bruso and their agents, representatives, and all persons acting in concert or participating with them; and SGI Resort Properties, LLC and The Schomac Group, Inc. and their agents, representatives, and all persons acting in concert or participating with them are all permanently restrained and enjoined from engaging in or performing directly or indirectly any and all of the following acts:

1.    Publishing by Defendants, whether verbal or written to any third-party any disparaging and/or otherwise defamatory, false statements regarding the business reputation of Plaintiffs, their business at issue in this litigation, Nakoma Golf Resort & Spa ("Nakoma") SGI Resort Properties, Inc. and the Schomac Group (collectively, "SGI" or "Plaintiffs"); SGI's employees and management; Ryan Schoff, Michael Schoff and Dan Gallagher (collectively with SGI, "SGI Parties").

2.    Publishing by Plaintiffs, or any of the SGI Parties, whether verbal or written to any third-party any disparaging and/or otherwise defamatory, false statements regarding the business reputation of Defendants, their business and any of Defendants' employees and management.

3.    Utilizing, disseminating, using, copying, transmitting, or publishing by Defendants any of Nakoma's or SGI's "Confidential Business Information" and/or trade secrets, including without limitation, pricing information, cost of materials information, strategic and marketing plans, financial management information, operating policies, vendor files with information including vendor contact information, vendor ordering needs and requirements, and other business procedures customized for its operation as a popular golf resort and spa and special event hosting location.

4.    Inducement or incitement by either Plaintiffs or Defendants of claims of discrimination, harassment retaliation, wrongful and/or constructive discharge or termination, claims for unpaid wages, including overtime, violations

of California's Labor Code and the Industrial Welfare Commission wage orders, unlawful business practices, or any other claims, based in tort or contract, against either SGI or the SGI Parties or any other managers, supervisors, or employees of SGI by any other person; or against Brett Rosselli or Nicole Bruso, or any of Defendants' employees or management, as applicable.

5.      Interference by either Plaintiffs or Defendants with the existing or prospective business relationships and contracts of the other by any means, including, but not limited to, initiating contact of any kind with:

a.      Any employee of Plaintiff or Defendant;

b.      Any of the Parties;

c.      Any prospective employee of Plaintiffs or Defendants;

d.      Any former employee of Plaintiffs or Defendants;

e.      Any client of Plaintiffs or Defendants;

f.      Any prospective client of Plaintiffs or Defendants;

g.      Any former client of Plaintiffs or Defendants;

///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING PERMANENT INJUNCTION
FPDOCS 32438811.1

1    h.    Any third party vendor to Plaintiffs or Defendants, both

2  current and former as well as any prospective third party vendor to Plaintiffs and

3  Defendants.

4

5    IT IS SO STIPULATED.

6

7  DATE: December 21, 2016      FISHER & PHILLIPS LLP

8

9                               By: */s/ Alden J. Parker*
                                     Alden J. Parker
                                     Katherine P. Sandberg
10
11                                   Attorneys for Plaintiffs/Cross-Defendants
                                     SGI RESORT PROPERTIES, LLC and
12                                   THE SCHOMAC GROUP, INC.

13  DATE:December 21, 2016       LAW OFFICE OF GREGG W.
                                 KOECHLEIN
14
15                               By:/s/ Gregg W. Koechlein
                                     Gregg W. Koechlein
16                                   Attorneys for Defendants/Cross-Claimant
                                     BRETT ROSSELLI AND
17                                   NICOLE BRUSO

18

19  **IT IS SO ORDERED.**

20

21  DATED: December 22, 2016    **/s/ JOHN A. MENDEZ**
                                 JOHN A. MENDEZ
22                               UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

4

STIPULATION REGARDING PERMANENT INJUNCTION

FPDOCS 32438811.1