Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Katherine P. Sandberg, State Bar No. 301117
Email: ksandberg@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Plaintiffs/Cross-Defendants
SGI RESORT PROPERTIES, LLC and
THE SCHOMAC GROUP, INC.

Gregg W. Koechlein, State Bar No. 115942
Email:  synergsm@concentric.net
LAW OFFICE OF GREGG W. KOECHLEIN
581 Ridge Street
Reno, NV 89501
Telephone (775) 224-4700
Facsimile (775) 622-9548

Attorney for Defendants/Cross-Claimants
BRETT ROSSELLI AND NICOLE BRUSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SGI RESORT PROPERTIES, LLC, an Arizona limited liability company; and THE SCHOMAC GROUP, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRETT ROSSELLI, an individual; NICOLE BRUSO, an individual; AND DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:15-cv-02644-JAM-CMK<br><br>**ORDER RE: STIPULATED MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

BRETT ROSSELLI, an individual
and NICOLE BRUSO, an individual,

    Cross-Claimants,

v.

SGI RESORT PROPERTIES, LLC, an Arizona Limited Liability Company; THE SCHOMAC GROUP, INC., an Arizona corporation,

    Cross-Defendants.

## ORDER

Upon consideration of the parties' Stipulated Motion to Dismiss all Claims and Counterclaims with Prejudice, it appears that there is good cause to Order the dismissal of Case No. 2:15-cv-02644-JAM-CMK filed in this Court, together with all claims, counterclaims and causes of action alleged therein, with prejudice.

Accordingly, Case No. 2:15-cv-02644-JAM-CMK filed in this Court, together with all claims, counterclaims and causes of action alleged therein, is hereby dismissed with prejudice.

IT IS SO ORDERED.


Dated:  December 22nd , 2016    **/s/ JOHN A. MENDEZ**
    Honorable John A. Mendez
    United States District Judge